**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6688**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JOHN ALBERT WILKERSON, JR., a/k/a Mutt,

Defendant - Appellant.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Lacy H. Thornburg,
District Judge.  (1:00-cr-00009-LHT-1)

Submitted:  August 20, 2009          Decided:  August 27, 2009

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

John Albert Wilkerson, Jr., Appellant Pro Se.  Amy Elizabeth
Ray, Assistant United States Attorney, Asheville, North
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Albert Wilkerson, Jr., appeals from the district court's order denying his motion to reduce his sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>United States v. Wilkerson</u>, No. 1:00-cr-00009-LHT-1 (W.D.N.C. filed Apr. 8, 2009; entered Apr. 9, 2009). We dispense with oral argument as the facts and legal contentions are adequately addressed in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>